IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Robert Andrew Evans and Barbara Jean Evans, *Husband and Wife*, | ) ) | |
| Plaintiffs, | ) ) | C.A. No. 6:21cv4105-HMH |
| vs. | ) ) | |
| | ) | **OPINION AND ORDER** |
| Duke Energy Carolinas, LLC, | ) ) | |
| Defendant. | ) | |

      Defendant Duke Energy Carolinas, LLC is hereby ordered to inform the court of the citizenship of all of its members for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied.  See 28 U.S.C. § 1332; Gen. Tech. Applications, Inc. v. Exro Ltda, 388 F.3d 114, 120 (4th Cir. 2004).  Duke Energy Carolinas, LLC is ordered to respond within ten (10) days of the date of this order.

      **IT IS SO ORDERED.**

                                                s/Henry M. Herlong, Jr.
                                                Senior United States District Judge

Greenville, South Carolina
February 2, 2022